# Notice Recipients

District/Off: 0207–8          User: cmoffett          Date Created: 9/11/2018
Case: 8–18–08117–las          Form ID: pdf000         Total: 4

**Recipients of Notice of Electronic Filing:**
aty          Mark A. Frankel          mfrankel@bfklaw.com

                                                                                    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla          GT Realty Holdings LLC          501 Atlantic Avenue          Freeport, NY 11520
dft          Samuel Hampton LLC          32 Front Street, Suite 1P          Hempstead, NY 11550
ust          United States Trustee          Long Island Federal Courthouse          560 Federal Plaza – Room 560          Central Islip, NY 11722–4437

                                                                                    TOTAL: 3