UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

GT Realty Holdings LLC,

               Debtor.

-------------------------------------------------------X
GT Realty Holdings LLC,

               Plaintiff

    v.

Samuel Hampton LLC,

               Defendant.
-------------------------------------------------------X

Case No.:8-18-75679-las

Chapter 11

Adv. Pro. No.: 8-18-08117-las

## ORDER RESCHEDULING PRETRIAL CONFERENCE

A pretrial conference was previously scheduled for November 8, 2018 [dkt. No. 3]; and due to a scheduling conflict with the Court's calendar; now, therefore, it is hereby

ORDERED, that the pretrial conference shall be rescheduled for November 15, 2018 at 11:00 a.m. in Courtroom 970, United States Bankruptcy Court, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722.



**Dated: September 19, 2018**
**Central Islip, New York**

_Louis A. Scarcella_
**Louis A. Scarcella**
**United States Bankruptcy Judge**

1