UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re<br><br>GT Realty Holdings LLC<br><br>      Debtor<br><br>--------------------------------------------------------------------<br><br>GT Realty Holdings LLC<br><br>      Plaintiff<br><br>    -against-<br><br>Samuel Hampton LLC,<br><br>      Defendant. | Chapter 11<br><br>Case No. 8-18-75679-LAS<br><br><br><br>Adv. Proc. No. 18-8117 |

  Plaintiff, by its attorneys, Kenneth C. Henry, Jr., P.C., as and for its complaint against the defendant, sets forth and alleges as follows:

  1.  Admit 1.

  2.  Admit 2.

  3.  Admit 3.

  4.  The allegations are legal conclusions and no response is required to same.

  5.  Denies knowledge or information sufficient to form a belief as to the allegations in paragraph 5 of Plaintiff's Complaint.

  6.  Admit 6.

  7.  Admit 7.

  8.  Admit 8.

  9.  Denies knowledge or information sufficient to form a belief as to the allegations in paragraph 9 of Plaintiff's Complaint.

10. Denies knowledge or information sufficient to form a belief as to the allegations in paragraph 10 of Plaintiff's Complaint.

11. Denies knowledge or information sufficient to form a belief as to the allegations in paragraph 11 of Plaintiff's Complaint.

12. Admit 12.

13. Admit 13.

14. Admit 14.

15. Denies knowledge or information sufficient to form a belief as to the allegations in paragraph 15 of Plaintiff's Complaint.

16. Denies knowledge or information sufficient to form a belief as to the allegations in paragraph 16 of Plaintiff's Complaint.

17. Admit the allegations in paragraph 17 of Plaintiff's Complaint except deny the characterization and use of "ostensibly."

18. Defendant in answering paragraph 18 repeats and realleges every form of denial and/or admission set forth in the paragraphs marked "1" through "17" of this Answer as if fully set forth herein.

19. Deny the allegations in paragraph 19 of the Plaintiff's Complaint.

20. Deny the allegations in paragraph 20 of the Plaintiff's Complaint.

21. Deny the allegations in paragraph 21 of the Plaintiff's Complaint.

22. Defendant in answering paragraph 22 repeats and realleges every form of denial and/or admission set forth in the paragraphs marked "1" through "22" of this Answer as if fully set forth herein.

23. Deny the allegations in paragraph 23 of the Plaintiff's Complaint.

24. Deny the allegations in paragraph 24 of the Plaintiff's Complaint.

**WHEREFORE**, Defendant Samuel Hampton LLC prays for judgment dismissing the action and claims and for the following relief:

a)     For the costs and disbursements of this action; and

b)     For such other and further relief as this Court may deem just and proper.

Dated: Westbury, New York
       October 9, 2018

                    KENNETH C. HENRY, JR., P.C.
                    Attorneys for Defendant

                    By: /s/ Kenneth C. Henry, Jr.
                        Kenneth C. Henry, Jr., Esq.
                        900 Merchants Concourse
                        Suite 303
                        Westbury, New York 11590
                        (516) 227-2200
                        Fax (866) 277-8938

## **VERIFICATION**

STATE OF NEW YORK      )
                       )  ss.:
COUNTY OF NASSAU       )

Samuel A. Habibian, being duly sworn, deposes and says:

I am a member of Samuel Hampton LLC in the within action. I have read the annexed ANSWER, know the contents thereof, and the same are true to my knowledge, except those matters therein which are stated to be alleged on information. and belief. and as to those matters, I believe them to be true.

_____
Samuel A. Habibian
As managing member of Samuel
Hampton LLC

Sworn to before me this
9th day of October, 2018

_____
Notary Public

EYAL TALASSAZAN
Notary Public, State of New York
No. 02TA6129005
Qualified in Nassau County
Commission Expires June 20, 20__