UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| GT Realty Holdings LLC, | Case No. 18-75679 |
| Debtor. | |

----------------------------------------------------------x

GT Realty Holdings LLC,

                       Plaintiff,

-against-                                  Adv. Proc. No. 18-08117

Samuel Hampton LLC,

                       Defendant.
----------------------------------------------------------x

## **AMENDED NOTICE OF MOTION**

        PLEASE TAKE NOTICE, a hearing will be held on March 26, 2019 at 11:00 a.m. (the "Hearing") before the Honorable Louis A Scarcella at the Long Island Federal Courthouse, Central Islip, New York 11722 to consider annexed motion, seeking an order approving a settlement of the above-captioned adversary proceeding.

        PLEASE TAKE FURTHER NOTICE, that objections, if any, must be in writing, served upon the undersigned proposed Debtor's counsel, and filed with the Clerk of the Bankruptcy Court, with a courtesy copy to the Honorable Louis A Scarcella's chambers, to be received at least seven (7) days prior to the Hearing date.

Dated:  New York, New York
            March 5, 2019

                                                  BACKENROTH FRANKEL & KRINSKY, LLP
                                                Attorneys for the Debtor

                                                By: s/Mark A. Frankel
                                                      800 Third Avenue
                                                      New York, New York 10022
                                                      (212) 593-1100